Owen, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/05

| | | |
|---|---|---|
| D. E. SHAW & CO., L.P., Plaintiff, - against - VALENCE CAPITAL MANAGEMENT LP, VALENCE CAPITAL HOLDINGS LLC, and MOORE CAPITAL MANAGEMENT, LLC, Defendants. | : | Civil Action No. 05-CV-5863 (RO) |

**STIPULATION OF DISMISSAL**

Pursuant to settlement, all parties hereto, through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned civil action without prejudice, each party to bear its own costs and attorney's fees. The Court shall retain jurisdiction over this action solely for purposes of enforcing the parties' settlement agreement.

Dated: New York, New York
November 23, 2005

KENYON & KENYON
Attorneys for Plaintiff
D. E. Shaw & Co., L.P.

Brad M. Behar

James E. Rosini (JR 7791)
Michelle Mancino Marsh (MM 1494)
Brad M. Behar (BB 0363)
One Broadway
New York, NY 10004
(212) 425-7200
(212) 425-5288 (fax)

AKIN GUMP STRAUSS HAUER & FELD LLP
Attorneys for Defendants
Valence Capital Management LP,
Valence Capital Holdings LLC, and
Moore Capital Management, LLC

Elaine M. Laflamme

Elaine M. Laflamme (EL 7200)
Vincenzo A. DeLeo, Esq. (VD 0092)
590 Madison Avenue
New York, NY 10022
(212) 872-1000
(212) 872-1002 (fax)

No. 05-CV-5863 SO ORDERED STIPULATION OF DISMISSAL

U.S.D.J.